# United States Court of Appeals
## For the First Circuit

No. 19-1570

ANTHONY BARCA,

Plaintiff - Appellant,

v.

CSX FREIGHT RAILROAD INC.; MASSACHUSETTS BAY TRANSIT AUTHORITY, (The "T"); AMTRAK COMMUTER RAIL SERVICE; OUR LADY OF MOUNT CARMEL APARTMENTS, INC.; THE CITY OF WORCESTER; THE STATE OF MASSACHUSETTS; MALONEY PROPERTIES MANAGEMENT, INC.,

Defendants - Appellees.

Before

Howard, Chief Judge,
Lynch and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: November 10, 2020

Plaintiff-Appellant Anthony Barca appeals the district court's order dismissing his complaint at the screening stage. See 28 U.S.C. § 1915(e)(2)(B)(ii), (iii) (allowing district court to dismiss an in forma pauperis action at any time if it determines that the action fails to state a claim on which relief may be granted or if the action seeks monetary damages from a defendant who is immune from such claims). In his filings on appeal, Plaintiff-Appellant has failed to sufficiently develop any challenge to the substance of the district court's ruling. See United States v. Zannino, 895 F.2d 1, 17 (1st Cir. 1990) (insufficiently developed claims are waived). In any event, we assume, in Plaintiff-Appellant's favor, the applicability of de novo review; we nonetheless conclude that affirmance is in order, essentially for the reasons set forth in the district court's well-reasoned decision. See Bradshaw v. Corr. Med. Servs., Inc., 6 F. App'x 45, 46 (1st Cir. 2001) (unpublished per curiam) (standard of review); DeWalt v. Carter, 224 F.3d 607, 611-12 (7th Cir. 2000) (collecting cases re standard of review).

AFFIRMED. See 1st Cir. Local R. 27.0(c) (appeal subject to summary disposition when no "substantial question" presented).

By the Court:

Maria R. Hamilton, Clerk

cc:
Anthony Barca
Maura T. Healey